From: The District Court of the Eighth Judicial District. County of Cascade.

STATE OF MONTANA, Plaintiff, vs. FRED VanSAND, Defendant.

## DECISION

The application of the above-named defendant for a review of the sentence of 5 years, imposed on January 3, 1968, was fully heard and after a careful consideration of the entire matter it is decided that:

(1)   No change will be made in the sentence heretofore imposed.

The reason for the above decision: A careful consideration of the evidence offered is not deemed sufficient to justify any change in the sentence heretofore imposed and, therefore, the Petition is denied.

DATED this 2nd day of October, 1968.

## SENTENCE REVIEW DIVISION

Jack D. Shanstrom, acting chairman; Philip C. Duncan, Paul G. Hatfield.